# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN SCOTT RUCKER, | : | No. 3:17cv490 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Saporito) |
| CAPTAIN S. SPAULDING, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this 18th day of June 2019, it is **HEREBY ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 10) is **ADOPTED**;

2) The petitioner's objections (Doc. 12) are **OVERRULED**;

3) The Bureau of Prison's sentencing computation is **AFFIRMED**; and

4) The Clerk of Court is directed to close this case.

                                  **BY THE COURT:**

                                  s/ James M. Munley
                                  **JUDGE JAMES M. MUNLEY**
                                  **United States District Court**